

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

THE CITY OF EL PASO, TEXAS,                                No. 08-14-00143-CV

§

        APPELLANT                                            Appeal from the

§

V.                                                        327th District Court

§

EL PASO COUNTY EMERGENCY                                  of El Paso County, Texas
SERVICES DISTRICT NO. 1,                       §
                                                          (TC# 2012DTX03609)

        APPELLEE             §

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to withdraw its notice of appeal. The Rules of Appellate Procedure do not allow for an appellant to withdraw its notice of appeal in civil cases, so the Court has construed the motion as requesting dismissal of the appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellee does not oppose the motion. The motion is granted and the appeal is hereby dismissed.


September 3, 2014

                         YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)